Samuel A. BYLER, Individually, Melvin R. Yoder, Individually, Emanuel A. Yoder, Individually, and on Behalf of All Others of the Old Order Amish of Sugar Grove Township, Warren County, Pennsylvania, Petitioners

v.

SUGAR GROVE AREA SEWER AUTHORITY, Respondent

No. 284 WAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.

Terry KINAVEY, Petitioner

v.

WEST JEFFERSON HILLS SCHOOL DISTRICT and Board of Directors of West Jefferson Hills School District, Respondents

No. 278 WAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.